IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: LINDSAY RACHEL GRABER,<br><br>Debtor. | Case No. 4:07CV3010<br>BK: 06-41602<br><br>SHOW CAUSE ORDER |

This matter is before the court on its own motion. On April 2, 2007, this Court ordered appellant to submit a brief in support of her appeal within twenty days of the order. That time has passed and appellant has not submitted a brief.

THEREFORE, IT IS ORDERED THAT appellant shall file a brief in this case on or before May 15, 2007. If appellant's brief is not received by that date, IT IS ORDERED that a show cause hearing as to why this appeal should not be dismissed is scheduled on May 24, 2007 at 2:00 p.m., before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of May, 2007.

BY THE COURT:


s/Joseph F. Bataillon
United States District Judge