IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: LINDSAY RACHEL GRABER, )<br>)<br>Debtor. )<br>) )| Case No.  4:07CV3010<br>BK: 06-41602<br><br>ORDER |

Pursuant to a show cause order entered in this case by the court on May 8, 2007, Filing No. 10, the debtor has filed a motion requesting that the court dismiss her appeal. Filing No. 11.   The court has carefully reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED THAT debtor's motion to dismiss the appeal, Filing No. 11, is granted.  The appeal is dismissed and the clerk shall close this case for statistical purposes.

DATED this 16th day of May, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief Judge